UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS ALBERTO SOUSA, <br>     Plaintiff, <br>   v. <br> ALAMEDA COUNTY, et al., <br>     Defendants. | Case No. 18-00730 EJD (PR) <br><br> **ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a pro se civil rights action pursuant to 42 U.S.C. § 1983.[1] On May 3, 2018, the Court dismissed Plaintiff's complaint with leave to amend within twenty-eight days, i.e., no later than May 31, 2018. (Docket No. 12.)

The deadline for Plaintiff to comply with the Court's order has passed. Because Plaintiff has failed to file an amended complaint in the time provided, this action is **DISMISSED** without prejudice. The Clerk shall terminate all deadlines and close the file.

**IT IS SO ORDERED.**

Dated: 6/12/2018

    EDWARD J. DAVILA
    United States District Judge

---

[1] On February 16, 2018, this case was reassigned to this Court. (Docket No. 10.)

Order of Dismissal
p:\pro-se\ejd\cr.18\00730sousa_dis.docx